UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20448-CR-JORDAN

UNITED STATES OF AMERICA )
)
vs. )
)
ROBERT DUPLAN )
)
_____ )

### ORDER DENYING MOTION FOR REDUCTION OF BOND

Mr. Duplan's motion to reduce the $500,000 corporate surety bond (with *Nebbia* requirement) set by Magistrate Judge Turnoff [D.E. 17], and replace it with a $200,000 personal surety bond collateralized by his fiancee's residence, is denied. Under 18 U.S.C. § 3142, I conclude that no lesser bond will reasonably ensure Mr. Duplan's appearance at any future hearings or trial. First, the Eleventh Circuit has held that a defendant is not necessarily detained pretrial just because he cannot satisfy the financial conditions of his bond. *See United States v. Wong-Alvarez*, 779 F.2d 583, 584 (11th Cir. 1985). Second, the bond set by Magistrate Judge Turnoff is appropriate and should not be reduced in light of the proffer presented by the government in its response (to which Mr. Duplan has not replied). In sum, (a) Mr. Duplan has a prior federal conviction related to conspiracy to manufacture MDMA and was on supervised release at the time of the alleged criminal conduct in this case; (b) Mr. Duplan, at the time of his arrest, had a fake Georgia i.d. card purportedly issued to "J.B." with Mr. Duplan's photograph; (c) Mr. Duplan's fiancee, Joelle Delva, is an officer in a company with Mr. Duplan, and is the owner of the house in which the MDMA chemicals and equipment were found; (d) Mr. Duplan had requested permission to travel to Taiwan for business reasons shortly before his arrest, and agents found a visa application for China when they arrested Mr. Duplan; and (e) it is not clear that Mr. Duplan was truthful with Magistrate Judge Turnoff about his financial condition and assets.

Should any of the government's proffered facts be incorrect, Mr. Duplan is free to file an amended motion for reduction of bond.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

cc: Magistrate Judge Turnoff and all counsel of record.